## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TIMOTHY C. ROTE**<br>    Plaintiff, | Case No.: 3:23−cv−01016−AN |
| v. | **ORDER GRANTING APPLICATION<br>FOR CM/ECF REGISTRATION** |
| **OREGON JUDICIAL DEPARTMENT, et al.**<br>    Defendant. | |

Pursuant to the request of Plaintiff Timothy C. Rote, proceeding *pro se* in this matter, and the Court having reviewed the application and supporting documentation (including certificates of completion and consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E)),

**IT IS HEREBY ORDERED** that, pursuant to Local Rule (LR) 5−1(a), Plaintiff Timothy C. Rote is granted permission to become a Registered User in the Court's Case Management/Electronic Case Files (CM/ECF) system. Plaintiff is directed to use a PACER account (www.pacer.gov) to submit an e−filing registration request to the District of Oregon. The above−captioned case will be updated to allow e−file within one business day of this request. Please note: applicants who have been previously been approved to file electronically in the District of Oregon, need not submit this e−filing registration request. See ord.uscourts.gov/prosefiler for instructions.

**IT IS FURTHER ORDERED** that Plaintiff Timothy C. Rote is not to have filing access to any other cases except those to which he/she is a party.

The Court notes the continuing responsibility of Registered Users to notify the Clerk's Office of any e−mail address, mailing address, and/or telephone number changes. Pursuant to LR 83−10, a notice of a change of mailing and/or e−mail address must be filed in pleading form and served on all parties to this case, and the PACER user account must be updated.

Furthermore, the Court reminds Plaintiff that all submissions are to be filed in compliance with the Federal Rules of Procedure, Local Rules, and the policies and procedures of this Court. Use of the CM/ECF system as a Registered User to file and receive notices electronically is a privilege that may be revoked at any time by the Court if the user is found to be abusing this privilege by submitting frivolous or erroneous filings.

**DATED** this 28th day of July, 2023          /s/Adrienne Nelson

                                                                    Honorable Adrienne Nelson
                                                                    United States District Judge.