ELLEN F. ROSENBLUM
Attorney General
SETH T. KARPINSKI  #991907
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  seth.t.karpinski@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY ROTE,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON JUDICIAL DEPARTMENT, OREGON STATE BAR PROFESSIONAL LIABILITY FUND, THE HON. MEAGAN FLYNN (in her official capacity as Chief Justice of the Supreme Court of Oregon), THE HON. ERIN LAGESEN (in her official capacity as Chief Judge of the Oregon Court of Appeals), THE HON. MICHAEL WETZEL, THERESA KIDD (in her official capacity as Appellate Commissioner of the Oregon Court of Appeals), THE HON. LESLIE ROBERTS, THE HON. DOUGLAS VAN DYK, THE HON. ROBERT MANICKE, MEGAN LIVERMORE (in her individual and official capacity as CEO of the OSBPLF), BERNARD MOORE, ANDREW BRANDSNESS, CHASE BEGUIN and JOHN DOES (1-5), *et al.*,<br><br>    Defendants. | Case No.  3:23-cv-01016-AN<br><br>JUDICIAL DEFENDANTS' MOTION TO EXTEND TIME |

Page 1 -    JUDICIAL DEFENDANTS' MOTION TO EXTEND TIME
             STK/jm8/1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## LR 7-1(a)(1)(C) CERTIFICATE OF CONFERRAL

Defense counsel certifies that plaintiff is not represented by counsel.

## MOTION

The current deadline to file an answer in this case is **August 9, 2023**. (Order, Dkt. #5).

The Oregon Judicial Department, Judges Meagan Flynn, Erin Lagesen, Michael Wetzel, Leslie Roberts, Douglas Van Dyk, and Robert Manicke, and Appellate Commissioner Theresa Kidd (the "Judicial Defendants") make this limited appearance through undersigned counsel to move the Court for an order granting a thirty (30) day extension of time, up to and including **September 8, 2023**, within which to file an answer or other responsive pleading.

Plaintiff Timothy Rote has an ongoing case against the Oregon Judicial Department and other state court judges pending before Judge Simon, Case No. 3:22-cv-00985-SI, as well as another matter pending in the Ninth Circuit Court of Appeals.

This motion is supported by the attached declaration of Seth T. Karpinski, Senior Assistant Attorney General, and the records and files herein.

DATED August 9, 2023.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General


        *s/ Seth T. Karpinski*
        SETH T. KARPINSKI #991907
        Senior Assistant Attorney General
        Trial Attorney
        Tel (503) 947-4700
        Fax (503) 947-4791
        seth.t.karpinski@doj.state.or.us
        Attorneys for the Judicial Defendants

Page 2 -    JUDICIAL DEFENDANTS' MOTION TO EXTEND TIME
        STK/jm8/1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on August 9, 2023, I served the foregoing JUDICIAL DEFENDANTS' MOTION TO EXTEND TIME upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Timothy C. Rote<br>7427 SW Coho Ct, #200<br>Tualatin, OR 97062<br>*Pro se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

          *s/ Seth T. Karpinski*
SETH T. KARPINSKI #991907
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
seth.t.karpinski@doj.state.or.us
Of Attorneys for Judicial Defendants

Page 1 -    CERTIFICATE OF SERVICE
      STK/jm8/1
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791