ELLEN F. ROSENBLUM
Attorney General
SETH T. KARPINSKI  #991907
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  seth.t.karpinski@doj.state.or.us

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


| | |
|---|---|
| TIMOTHY ROTE,<br><br>            Plaintiff,<br><br>    v.<br><br>OREGON JUDICIAL DEPARTMENT, OREGON STATE BAR PROFESSIONAL LIABILITY FUND, THE HON. MEAGAN FLYNN (in her official capacity as Chief Justice of the Supreme Court of Oregon), THE HON. ERIN LAGESEN (in her official capacity as Chief Judge of the Oregon Court of Appeals), THE HON. MICHAEL WETZEL, THERESA KIDD (in her official capacity as Appellate Commissioner of the Oregon Court of Appeals), THE HON. LESLIE ROBERTS, THE HON. DOUGLAS VAN DYK, THE HON. ROBERT MANICKE, MEGAN LIVERMORE (in her individual and official capacity as CEO of the OSBPLF), BERNARD MOORE, ANDREW BRANDSNESS, CHASE BEGUIN and JOHN DOES (1-5), *et al.*,<br><br>            Defendants. | Case No.  3:23-cv-01016-AN<br><br>DECLARATION OF SETH T. KARPINSKI IN SUPPORT OF JUDICIAL DEFENDANTS' MOTION TO EXTEND TIME |

Page 1 -    DECLARATION OF SETH T. KARPINSKI IN SUPPORT OF JUDICIAL
              DEFENDANTS' MOTION TO EXTEND TIME
        STK/jm8/2

I, Seth T. Karpinski, hereby declare:

1.      I am an attorney licensed to practice law in the State of Oregon and am a Senior Assistant Attorney General for the State of Oregon.

2.      I am assigned to represent the Oregon Judicial Department, Judges Meagan Flynn, Erin Lagesen, Michael Wetzel, Leslie Roberts, Douglas Van Dyk, and Robert Manicke, and Appellate Commissioner Theresa Kidd (the "Judicial Defendants") make this all of the judges named as defendants in the above-captioned case.

3.      I understand that Plaintiff Timothy Rote has an ongoing case against the Oregon Judicial Department and other state court judges pending before Judge Simon, Case No. 3:22-cv-00985-SI, as well as another matter pending in the Ninth Circuit Court of Appeals.

4.      The current deadline to file an answer in the present case is **August 9, 2023**.

5.      I have not yet received a written request for representation from all of the defendants in this case.  Consequently, I respectfully ask for additional time to obtain authorization to represent the named state defendants, as required by Oregon law, before waiving service or taking further action on their behalf.

6.      I respectfully request an extension of time to **September 8, 2023**, to file an answer or other responsive pleading.

7.      This request is made in good faith and not for the purposes of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on August 9, 2023.

_____s/ Seth T. Karpinski_____
SETH T. KARPINSKI
Senior Assistant Attorney General

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

**CERTIFICATE OF SERVICE**

I certify that on August 9, 2023, I served the foregoing DECLARATION OF SETH T.

KARPINSKI IN SUPPORT OF JUDICIAL DEFENDANTS' MOTION TO EXTEND TIME

upon the parties hereto by the method indicated below, and addressed to the following:

Timothy C. Rote                           ___ HAND DELIVERY
7427 SW Coho Ct, #200                      X   MAIL DELIVERY
Tualatin, OR 97062                         ___ OVERNIGHT MAIL
          *Pro se Plaintiff*               ___ TELECOPY (FAX)
                                           ___ E-MAIL
                                           ___ E-SERVE


            *s/ Seth T. Karpinski*
            SETH T. KARPINSKI #991907
            Senior Assistant Attorney General
            Trial Attorney
            Tel (503) 947-4700
            Fax (503) 947-4791
            seth.t.karpinski@doj.state.or.us
            Of Attorneys for Judicial Defendants

Page 1 -   CERTIFICATE OF SERVICE
           STK/jm8/1