IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **TIMOTHY C. ROTE**, <br><br>    Plaintiff, <br><br> v. <br><br> **OREGON JUDICIAL DEPARTMENT,** *et al.*, <br><br>    Defendants. | Case No. 3:23-cv-01016-SI <br><br> **ORDER** |

**Michael H. Simon, District Judge.**

All that remains in this case are Plaintiff's claims against Defendants Chase Beguin (a private attorney practicing in Oregon) and the law firm of Cauble and Whittington LLP, now known as "Cauble, Furr & Beguin LLP" through which Mr. Beguin practices law (collectively, "Defendants"). *See* ECF 43. In his First Amended Complaint, which is the operative complaint in this matter, Mr. Rote alleges violations of his First Amendment rights (actionable under 42 U.S.C. § 1983), violations of his Fourteenth Amendment rights to procedural and substantive due process (also actionable under 42 U.S.C. § 1983), and conspiracy to violate his civil rights (actionable under 42 U.S.C. § 1985). ECF 37.

PAGE 1 – ORDER

Now before the Court is Defendants' motion to dismiss, arguing that, among other things, (1) Plaintiff has failed to state a claim under § 1983 because Defendants are not state actors and Plaintiff has not plausibly alleged that they acted under color of state law and (2) Plaintiff has failed to state a claim under § 1985 because Plaintiff has not plausibly alleged that Defendants conspired with anyone to deprive Plaintiff of his civil rights, let alone acted with any racial or otherwise class-based, invidiously discriminatory animus. ECF 44. This motion has been fully briefed by both sides, and the Court does not believe that oral argument will be helpful. The Court agrees with Defendants. In addition, because Plaintiff already has had a sufficient opportunity to correct these pleading deficiencies, both in this case and in the related cases of *Rote v. Committee on Judicial Conduct and Disability of the Judicial Conference of the United States, et al.*, Case No. 3:19-cv-01988-SI (D. Or.), affirmed on appeal, and *Rote v. Oregon Judicial Department, et al.*, Case No. 3:22-cv-985-SI, the Court believes that any further amendments would be futile.

The Court GRANTS the pending motion to dismiss (ECF 44) and dismisses this action with prejudice.

**IT IS SO ORDERED**.

DATED this 8th day of September, 2025.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge